UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, Receiver of Legisi
Marketing, Inc., et al.,

Hon. George Caram Steeh

Plaintiff,

Case No. 11-13586

v.

GREGORY M. BONHAM,

Defendant.

_____/

## DEFAULT JUDGMENT

At a session of the Court, held in the
Theodore Levin United States Courthouse, Detroit,
Michigan, on ___ NOV 2 1 2011 ___

PRESENT: HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

This matter came before the Court on Plaintiff's Motion for Entry of Default Judgment.
The Court is fully advised and orders and adjudges as follows:

1.      Judgment is hereby entered in favor of Plaintiff, Robert D. Gordon, as the
Receiver of Legisi Holdings, LLC, et al., and against Defendant Gregory M. Bonham, in the
amount of $96,872.75, plus costs in the amount of $350, for a total judgment of $97,222.75.

2.      This Default Judgment disposes of all the claims of all the parties, is a final
judgment, and closes the case.

SO ORDERED.

GEORGE CARAM STEEH
U.S. District Judge

7315901.1 30711/122570