UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, Receiver of Legisi Marketing, Inc., et al.,

    Plaintiff,

v.

GREGORY M. BONHAM,

    Defendant.

_____/

Hon. George Caram Steeh

Case No. 11-13586

## DEFAULT JUDGMENT

At a session of the Court, held in the Theodore Levin United States Courthouse, Detroit, Michigan, on __NOV 21 2011__

PRESENT: HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

This matter came before the Court on Plaintiff's Motion for Entry of Default Judgment. The Court is fully advised and orders and adjudges as follows:

1. Judgment is hereby entered in favor of Plaintiff, Robert D. Gordon, as the Receiver of Legisi Holdings, LLC, et al., and against Defendant Gregory M. Bonham, in the amount of $96,872.75, plus costs in the amount of $350, for a total judgment of $97,222.75.

2. This Default Judgment disposes of all the claims of all the parties, is a final judgment, and closes the case.

SO ORDERED.

_____
GEORGE CARAM STEEH
U.S. District Judge

7315901.1 30711/122570